UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHNNIE COOK,                   Case No. 1:17-cv-161

    Plaintiff,                       Dlott J.
                                    Bowman, M.J.

   v.

CLAUDE WOODARD

    Defendants.

**REPORT AND RECOMMENDATION**

This civil rights action is now before the Court on Plaintiff's motions to dismiss this matter. (Docs. 15, 16).).  Plaintiff's motions are unopposed.

For good cause shown and in the absence of any opposition, it is herein **RECOMMENDED** Plaintiff's motions to dismiss this action (Docs. 15, 16) be **GRANTED** and this matter terminated on the active docket of the Court.

                                                 *s/Stephanie K. Bowman*
                                                 Stephanie K. Bowman
                                                 United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JOHNNIE COOK,  Case No. 1:17-cv-161

    Plaintiff,  Dlott J.
  Bowman, M.J.
  v.

CLAUDE WOODARD

    Defendants.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  See *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).