IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johnnie D. Cook, :
:
    Plaintiff(s), :
: Case Number: 1:17cv161
vs. :
: Judge Susan J. Dlott
Claude Woodard, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 12, 2017 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 26, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motions to dismiss (Docs. 15 and 16) are GRANTED. This matter is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court